# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN LAZO

NO. 2019 KW 1664

**MAR 1 3 2020**

---

In Re:   Kevin Lazo, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, Nos.
         39,672, 39,673.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT APPLICATION DISMISSED AT RELATOR'S REQUEST.**

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT